USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: FEB 17 2017

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------- x
KWAME BONSU, Individually and on Behalf of All
Other Persons Similarly Situated,

        Plaintiff,

- against -

RCPI HOLDCO, L.L.C.; TISHMAN SPEYER
PROPERTIES, INC.; MICHAEL ULIANO; JESSICA
ORTEGA; and JOHN DOES #1-10,

        Defendants.
------------------------------------------------- x

**ECF CASE**

Case No. 16-cv-03580 (GBD) (SN)

**VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

IT IS HEREBY STIPULATED, AGREED, AND UNDERSTOOD by and between Plaintiffs Kwame Bonsu and Tyrone Adams, and Defendants RCPI Holdco LLC, Tishman Speyer Properties, Inc., Michael Uliano and Jessica Ortega that: (1) this action is dismissed and discontinued in its entirety without prejudice pursuant to Fed. R. Civ. P. 41(a)(2); and (2) each party shall bear his, her or its own costs, attorneys' fees, and disbursements.

New York, New York
February 16, 2017

LAW OFFICES OF WILLIAM C. RAND

By _____
William C. Rand
501 Fifth Avenue, 15th Floor
New York, New York 10017
(212) 286-1425
*Attorneys for Plaintiffs*

EPSTEIN BECKER & GREEN, P.C.

By: _____
Jeffrey H. Ruzal
250 Park Avenue
New York, New York 10177
(212) 351-4500
*Attorneys for Defendants*

So Ordered:

_____
Honorable George B. Daniels
United States District Judge
February ____, 2017

FEB 17 2017